IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RONALD LEE ROYSE,
    Plaintiff,

vs.                                             Case No.: 3:09cv498/RV/MD

DAVID MORGAN, et al.,
    Defendants.
_____

## REPORT AND RECOMMENDATION

    This cause is before the court upon referral from the clerk. Plaintiff commenced this action on November 5, 2009 by filing a civil rights complaint pursuant to 42 U.S.C. § 1983 (doc. 1). On February 24, 2010 this court issued an order requiring plaintiff to file an amended complaint within thirty days (doc. 5). Plaintiff was warned that failure to do so would result in a recommendation that this case be dismissed.

    A copy of the order was mailed to plaintiff at his address of record. However, on March 17, 2010 the mail was returned as undeliverable marked No Longer At This Address (doc. 7). Over thirty days have elapsed, and plaintiff has not filed an amended complaint or notified the court of his new address.

    Accordingly, it is respectfully RECOMMENDED:

    That this cause be DISMISSED WITHOUT PREJUDICE for plaintiff's failure to comply with an order of the court and failure to keep the court informed of his current address, and that the clerk be directed to close the file.

    At Pensacola, Florida, this 19th day of April, 2010.

                                              /s/ *Miles Davis*
                                              MILES DAVIS
                                              UNITED STATES MAGISTRATE JUDGE

## NOTICE TO THE PARTIES

**Any objections to these proposed findings and recommendations must be filed within fourteen days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control</u>.  A copy of objections shall be served upon all other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).**